IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REBECCA ROEPER and KIRSTEN MONROE-PITRIZZI, JOINTLY AND ON BEHALF OF THE ESTATE OF SUZANNE WICKERSHAM, and GARY S. MONROE, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>PROMEDICA SKILLED NURSING AND REHABILITATION (PIKE CREEK), d/b/a MANORCARE HEALTH SERVICES-PIKE CREEK, f/k/a/ MANORCARE HEALTH SERVICES-PIKE CREEK, and MANORCARE HEALTH SERVICES, INC. <br><br>　　　　　　Defendants. | Civil Action № 1:22-cv-00799-RGA <br><br><br> JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) it is hereby stipulated by and between the parties to the above-captioned action that any and all claims, including defenses asserted, are hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

1

| | |
|---|---|
| **Hudson, Castle & Inkell, LLC** | **BUCHANAN INGERSOLL & ROONEY PC** |
| /s/ *Joshua J. Inkell* | /s/ *Kody M. Sparks* |
| Joshua J. Inkell (#5620) | Geoffrey G. Grivner (#4711) |
| Daniel P. Hagelberg (#6813) | Kody M. Sparks (#6464) |
| 2 Mill Road, Suite 202 | Buchanan Ingersoll & Rooney P.C. |
| Wilmington, DE 19806 | 500 Delaware Ave., Suite 720 |
| Josh@HCILaw.com | Wilmington, DE 19801 |
| Daniel@HCILaw.com | Telephone: (302) 552-4207 |
| (302) 428-8800 | Facsimile: (302) 552-4295 |
| *Attorneys for Plaintiffs* | Email: geoffrey.grivner@bipc.com |
| | kody.sparks@bipc.com |
| **Dated:** February 8, 2024 | * * * |
| | David L. Gordon |
| | Eric D. Heicklen |
| | Joshua T. Calo |
| | (admitted pro hac vice) |
| | Buchanan Ingersoll & Rooney P.C. |
| | 700 Alexander Park, Suite 300 |
| | Princeton, NJ 08540-6347 |
| | Telephone: (609) 987-6900 |
| | Facsimile: (609) 520-0360 |
| | Email: david.gordon@bipc.com |
| | eric.heicklen@bipc.com |
| | joshua.calo@bipc.com |
| | *Attorneys for Defendant* |
| | **Dated:** February 8, 2024 |

SO ORDERED this <u>8th</u> day of February, 2024

<u>/s/ Richard G. Andrews</u>
United States District Judge